UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RUSH INDUSTRIES, INC.,

                Plaintiff,

        -against-

L'OREAL USA, INC. And
LABORATOIRE GARNIER & CIE,

                Defendants.
----------------------------------------------------------X

MEMORANDUM AND ORDER

CV 07-35

(Wexler, J.)

APPEARANCES:

    DANIEL P. BURKE & ASSOCIATES, PLLC
    BY: DANIEL P. BURKE, ESQ.
    300 Rabro Drive, Suite 131
    Hauppauge, NY 11788
    Attorneys for Plaintiff

    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    BY: ROBERT L. SHERMAN, ESQ.
    75 East 55th Street
    New York, New York 10022
    Attorneys for Defendant

WEXLER, District Judge

    Presently before the court is a letter motion seeking consolidation of this action with an action assigned docket number 05-4910. At this time, the motion to consolidate is denied. The parties are referred to a Memorandum and Order filed this date in case umber 05-4910 for the court's direction as to proceeding in this matter.

SO ORDERED

                                                LEONARD D. WEXLER
                                                UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       January 26, 2007